## SHARP v RUSSELL

Ohio Appeals, 5th Dist, Fairfield Co
Decided September 23, 1930

For full opinion see 174 NE 617; 37 Oh Ap 306 (Oh Bar 3-10-31).